

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

| | |
|---|---|
| The Cliffs Property Owners' Association, Inc., | * From the 29th District Court of Palo Pinto County, Trial Court No. C49308. |
| Vs. No. 11-21-00068-CV | * September 29, 2022 |
| R. Mike Ward, Randy Gracy, Stack Bowers, Fred Molsen, Double Diamond, Inc., and Double Diamond Utilities, Inc., | * Memorandum Opinion by Williams, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.) |

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against The Cliffs Property Owners' Association, Inc.